**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EMMANUEL GATMAYTAN AND FLORES TULENSA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAM HOME CARE, INC.; ROSE MAXIMO,<br><br>　　　　Defendants. | Case No. CV-10-3288 GW (FFMx)<br>[Assigned for all purposes to the Honorable George Wu, Dept. 10]<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed Date: April 30, 2010<br>Trial Date: April 26, 2011 |

　　Pursuant to the Stipulation for Dismissal filed on November 8, 2010 that the entire action be dismissed with prejudice, THE COURT HEREBY ORDERS that this action be, and hereby is, dismissed with prejudice.

Dated: November 12, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable George H. Wu
　　　　　　　　　　　　　　　　　　　United States District Judge